UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| TRISHA M. COLES, | Civil No. C11-1633-MAT |
|---|---|
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 2, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including March 16, 2012, to file an optional reply brief.

DATED this 2nd day of February, 2012.

                                        _____
                                        Mary Alice Theiler
                                        United States Magistrate Judge

Page 1    ORDER - [C11-1633-MAT]

Presented by:

s/ Daphne Banay
DAPHNE BANAY
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2113
Fax: (206) 615-2531
daphne.banay@ssa.gov

Page 2 ORDER - [C11-1633-MAT]