1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                          SEATTLE DIVISION

10   TRISHA M. COLES,                    Civil No. C11-1633-MAT

11        Plaintiff,

12        vs.                            ORDER AMENDING THE
                                         SCHEDULING ORDER
13   MICHAEL J. ASTRUE,
     Commissioner of Social Security,
14
          Defendant.
15
          Based on Defendant's Second Unopposed Motion to Amend the Scheduling Order, and
16
     that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order
17
     shall be amended as follows:
18
     •    Defendant shall have up to and including April 6, 2012, to file Defendant's responsive
19
          brief; and
20
     •    Plaintiff shall have up to and including April 20, 2012, to file an optional reply brief.
21
     Defendant requests a 35-day extension to file his responsive brief, and this is the second
22
     stipulated request for extension initiated by defendant. **Absent extraordinary circumstances,**
23
     **no additional extensions to the briefing schedule will be granted in this case.**

     Page 1      ORDER - [C11-01633-MAT]

1

        DATED this <u>1st</u> day of March, 2012.

2

3

                             Mary Alice Theiler

4

                             United States Magistrate Judge

5

6

7  Presented by:

8  <u>s/ Daphne Banay</u>
    DAPHNE BANAY

9  Special Assistant U.S. Attorney
    Office of the General Counsel

10  Social Security Administration
    701 Fifth Avenue, Suite 2900 M/S 221A

11  Seattle, WA 98104-7075
    Telephone:  (206) 615-2113

12  Fax:  (206) 615-2531
    daphne.banay@ssa.gov

13

14

15

16

17

18

19

20

21

22

23

Page 2       ORDER - [C11-01633-MAT]