UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| TRISHA M. COLES,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. C11-1633-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Second Unopposed Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including April 6, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including April 20, 2012, to file an optional reply brief.

Defendant requests a 35-day extension to file his responsive brief, and this is the second stipulated request for extension initiated by defendant. **Absent extraordinary circumstances, no additional extensions to the briefing schedule will be granted in this case.**

Page 1      ORDER - [C11-01633-MAT]

DATED this 1st day of March, 2012.

*signature*

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Daphne Banay
DAPHNE BANAY
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2113
Fax: (206) 615-2531
daphne.banay@ssa.gov